Van Zandt's, Inc., Respondent, v. The Department of Labor of the State of New York et al., Appellants.

C. W. Ferguson Collar Company, Respondent, v. The Department of Labor of the State of New York et al., Appellants.

(Argued March 25, 1929; decided April 16, 1929.)

*Hamilton Ward, Attorney-General (P. J. Hughes* and *Alexander A. Tausky* of counsel), for appellant.

*Parton Swift* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.